IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JEFFERY G., | : |
| | : |
| Plaintiff, | : Case No. 2:24-cv-3926 |
| | : |
| v. | : Judge Algenon L. Marbley |
| | : Magistrate Judge Stephanie K. Bowman |
| COMMISSIONER OF SOCIAL SECURITY, | : |
| | : |
| | : |
| Defendant. | : |

## ORDER

This matter comes before this Court on the Parties' Joint Motion to Remand. (ECF No. 9). The Parties seek to remand this case to the Commissioner for further administrative proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g). (*Id*. at 1). Upon remand, the Parties provide that "the Appeals Council will vacate the hearing decision, and the administrative law judge will take any further action necessary to complete the administrative record, offer Plaintiff another hearing, and issue a new decision." (*Id*.). Accordingly, the Motion (ECF No. 9) is **GRANTED** and the matter is hereby **REMANDED** to the Commissioner for further administrative proceedings. The Clerk of Court be **DIRECTED** to enter a separate judgment as required by Fed. R. Civ. P. 58.

IT IS SO ORDERED.

ALGENON L. MARBLEY
UNITED STATES DISTRICT JUDGE

**DATED:** April 21, 2025